**Order entered May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01568-CR

### ROBERT ALAN NOURSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-84640-2013**

## ORDER

We **GRANT c**ourt reporter Antoinette Varela's April 30, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **TEN DAYS** from the date of this order.

/s/  LANA MYERS
    JUSTICE